Michael Leon Johnson 08253-063
Butner
Federal Correction Medical
Inmate Mail/Parcels
PO. Box 1600
Butner, NC 27509

FILED
JUN 10 2020
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

----------------------------------------------------------

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

$1.800
US POSTAGE
FIRST-CLASS
74401 MAY 22 2020
stamps
endicia

NIXIE  274  6E 1  0206/03/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74401  2646N155171-00282